IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH PATRICK GUERRIERO, | : | 4:16-CV-00740 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| LOCK HAVEN UNIVERSITY OF PENNSYLVANIA and PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION, | : | |
| Defendants. | : | |

**ORDER**

MAY 4, 2017

In accordance with the memorandum opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion to Dismiss, ECF No. 7, filed September 30, 2016 is GRANTED.

2. Plaintiff may file an amended complaint correcting the deficiencies identified in the accompanying memorandum by May 25, 2017.

3. If no amended complaint is filed by May 25, 2017, the action will be dismissed for failure to comply with a Court Order pursuant to Federal Rule of Civil Procedure 41(b).

4. The Clerk is directed to correct the docket. The docket incorrectly has Plaintiff's middle name listed as "Patricki." The clerk should correct Plaintiff's middle name to "Patrick."

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge