# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH PATRICK GUERRIERO, | No. 4:16-CV-0740 |
| Plaintiff. | (Judge Brann) |
| v. | |
| LOCK HAVEN UNIVERSITY OF PENNSYLVANIA, PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION, | |
| Defendants. | |

## ORDER

**AND NOW**, this 11th day of December 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Defendants' Motion to Dismiss the Amended Complaint is GRANTED in part and DENIED in part. June 7, 2017, ECF No. 18. The Defendant shall file an answer to the surviving averments of the Amended Complaint within twenty-one (21) days of the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge