UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH PATRICK GUERRIERO, | : | CIVIL NO: 4:16-CV-00740 |
| Plaintiff | : | |
| | : | (Chief Magistrate Judge Schwab) |
| v. | : | |
| LOCK HAVEN UNIVERSITY OF PENNSYLVANIA, *et al.*, | : | |
| Defendants | : | |

**ORDER**
July 29, 2019

In accordance with the Memorandum Opinion issued this date, **IT IS ORDERED** that the defendants' motion for summary judgment (doc. 52) is **GRANTED IN PART AND DENIED IN PART**. More specifically, the defendants are granted summary judgment as to Guerriero's claim based on not being interviewed for or hired as the Athletic Director in 2015, and Guerriero's claim based on Dean Neun advising him that there was no way that he would resume working in Athletics. At this time, however, we will not grant the defendants summary judgment as to Guerriero's claim based on not being invited to the 25th Anniversary of the Clearfield branch campus. But **IT IS ORDERED** that, on or before August 14, 2019, Guerriero shall show cause, if there is any, why we should not grant the defendants summary judgment as to that last remaining

claim. To show cause, Guerriero must present summary-judgment evidence to support that claim, and he shall brief the issues outlined in the Memorandum Opinion. The Clerk of Court shall defer entering judgment until conclusion of the case.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge